1

2

3                                                              *E-FILED*
                                                             July 6, 2006
4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HERGOTZ, etc.,                    No. C 06-03783 RS

12              Plaintiff,

13        v.

14  JURE SOLA, RANDY W. FURR, et al.,         **ORDER**

15              Defendants.

16  and

17  SANMINA-SCI CORPORATION,

18              Nominal Defendant.
    _____/
19  KENNETH SAUNDERS, etc.,                   No. C 06-03804 RS

20              Plaintiff,

21  v.

22  JURE SOLA, RANDY W. FURR, et al.,

23              Defendants.

24  and

25  SANMINA-SCI CORPORATION,

26              Nominal Defendant.
    _____/
27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    TO ALL PARTIES AND COUNSEL OF RECORD:

2          A motion to consolidate the above related shareholder derivative actions, appoint co-lead

3    plaintiffs, appoint co-lead plaintiffs' counsel and appoint liaison counsel is set for August 2, 2006 at

4    9:30 a.m. before the undersigned.  All parties in both actions shall make a determination regarding

5    the issue of consent to the jurisdiction of the Magistrate Judge and file either a Consent to Proceed

6    Before a United States Magistrate Judge or a Declination to Proceed Before a Magistrate Judge and

7    Request for Reassignment to a United States District Judge **no later than July 19, 2006**.

8          Counsel for plaintiffs shall serve this order on all parties.

9    IT IS SO ORDERED.

10   Dated:  July 6, 2006

11

12                                              _____

13                                              RICHARD SEEBORG
                                                United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        -2-

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Robert S. Green    CAND.USCOURTS@CLASSCOUNSEL.COM

Eric L. Zagar    ezagar@sbclasslaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: July 6, 2006

    /s/ BAK_____
    Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

-3-