\*\*E-filed 10/4/06\*\*

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
STEPHANIE RAE BECKSTROM (Bar No. 239932)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94101-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com
Stephanie.Beckstrom@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-03783-JF |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, pursuant to stipulation and order entered August 31, 2006, the five
2 related shareholder derivative actions underlying this action have been consolidated, and
3 plaintiffs' consolidated complaint is due October 30, 2006.
4  WHEREAS, a Case Management Conference is currently scheduled for October 20,
5 2006.
6  WHEREAS, Plaintiffs and Nominal Defendant Sanmina-SCI Corporation have
7 resolved and agreed that the Case Management Conference would be more productive if it
8 were held after the consolidated complaint is on file and after the parties have had the
9 opportunity to meet and confer subsequent to that time.  Therefore the parties hereby
10 stipulate and respectfully request that the Case Management Conference be continued from
11 October 20, 2006 to December 1, 2006 at 10:30 a.m.
12  IT IS SO STIPULATED.

DATED: September 29, 2006

HELLER EHRMAN LLP
NICOLE M. RYAN
STEPHANIE RAE BECKSTROM


By _____/s/_____
         NICOLE M. RYAN

333 Bush Street
San Francisco, CA 94104
Telephone:  415/772-6000
415/772-6268 (fax)

HELLER EHRMAN LLP
NORMAN J. BLEARS
MICHAEL L. CHARLSON
275 Middlefield Road
Menlo Park, CA 94025
Telephone:  650/324-7000
650/324-0638 (fax)

Counsel for Nominal Defendant Sanmina-SCI Corporation

2

I, Nicole M. Ryan, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45 X.B., I hereby attest that SHAWN A. WILLIAMS has concurred in this filing.

DATED: September 29, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER


By   /s/
       SHAWN A. WILLIAMS

100 Pine Street
San Francisco, CA 94111
Telephone: 415/288-4545
415/288/4534 (fax)

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Co-Lead Counsel for Plaintiffs

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
SEAN M. HANDLER
ROBIN WINCHESTER

280 King of Prussia Road
Radnor, PA 19087
Telephone: 610/667-7706
610/667-7056 (fax)

Co-Lead Counsel for Plaintiffs

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: _____10/2/06_____         _____
                                        THE HONORABLE JEREMY FOGEL
                                        UNITED STATES DISTRICT COURT JUDGE