**E-filed 3/2/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SANMINA-SCI CORP. DERIVATIVE LITIGATION | Case Number C 06-03783 JF |
| | ORDER[1] GRANTING MOTION TO STAY PROCEEDINGS |
| | [re: docket no. 54] |

Nominal defendant Sanmina-SCI Corp. ("Sanmina") moves to stay proceedings pending the conclusion of an investigation by its special litigation committee into allegations of stock option back-dating. Sanmina anticipates that the special litigation committee will have concluded its investigation by March 30, 2007, and it requests a stay until that time. The derivative plaintiffs oppose the motion, arguing that the Court in its discretion should deny the stay. Having considered the papers filed by the parties and the arguments presented at the hearing on March 2, 2007, the Court concludes that given the relatively short duration of the stay

---

[1] This disposition is not designated for publication and may not be cited.

1   and the lack of any evident prejudice to the derivative plaintiffs, the instant motion is well taken.[2]

2          Accordingly, the motion is hereby granted.  All proceedings in the above-entitled action

3   are hereby stayed until further order of the Court.  The defendants need not file a responsive

4   pleading at the present time.  The case management conference now set for May 18, 2007 is

5   hereby advanced to April 20, 2007 at 10.30 a.m.

6

7   IT IS SO ORDERED.

8

9

10  DATED: March 2, 2007.

11

12

13                                              _____

14                                              JEREMY FOGEL
                                                United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27          [2]  In reaching this conclusion, the Court expresses no opinion as to the independence of

28  the special litigation committee.

2

1  Notice of this Order will be delivered to:

2
3  Norman J. Blears          nblears@hewm.com, susan.griffin-preston@hellerehrman.com;
                             yvonne.somek@hellerehrman.com

4  Michael L. Charlson       michael.charlson@hellerehrman.com,
                             susan.griffinpreston@hellerehrman.com;
5                            karen.strong@hellerehrman.com;
                             jennifer.cygnor@hellerehrman.com;
6                            larissa.soboleva@hellerehrman.com

7  Robert S. Green           CAND.USCOURTS@CLASSCOUNSEL.COM

8  Betsy C. Manifold         manifold@whafh.com

9  Nicole Marie Ryan         nryan@hewm.com, yvonne.somek@hellerehrman.com

10 Shawn A. Williams         shawnw@lerachlaw.com, e_file_sd@lerachlaw.com;
                             e_file_sf@lerachlaw.com; aelishb@lerachlaw.com;
11                           moniquew@lerachlaw.com; travisd@lerachlaw.com;
                             cwood@lerachlaw.com

12 Eric L. Zagar             ezagar@sbclasslaw.com, rwinchester@sbclasslaw.com;
                             der_filings@sbclasslaw.com
13

14 Notice will be delivered by other means to:

15 James H Miller
   Schriffrin Barroway Topaz & Kessler, LLP
16 280 King of Prussia Road
   Radnor, PA 19087
17
   Sandra G. Smith
18 Schiffrin Barroway Topaz & Kessler, LLP
   280 King of Prussia Road
19 Radnor, PA 19087

20
21
22
23
24
25
26
27
28

                                    3