**E-filed 3/8/07**

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
MAREN J. CLOUSE (Bar No. 228726)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com
Maren.Clouse@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | Before:  The Honorable Jeremy Fogel<br>Date:    April 27, 2007<br>Time:    10:30 a.m.<br>Place:   Courtroom 3, Fifth Floor |

1   WHEREAS, the Court ordered in its March 2, 2007 Order Granting Motion to Stay
2   Proceedings that the Case Management Conference previously scheduled for May 18, 2007
3   be moved to April 20, 2007; and
4   WHEREAS, the parties respectfully request that the Case Management Conference
5   be rescheduled to accommodate conflicting professional commitments of counsel for
6   Nominal Defendant Sanmina SCI-Corporation;
7   ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case
8   Management Conference currently scheduled for April 20, 2007 be rescheduled to April 27,
9   2007 at 10:30 a.m.

11  DATED:  March 5, 2007              Respectfully submitted,

                                       HELLER EHRMAN LLP


15                                     By   /s/
                                            Norman J. Blears

                                       Attorneys for Nominal Defendant
17                                     SANMINA-SCI CORPORATION


20      I, Norman J. Blears, am the ECF User whose ID and password are being used to file
21  this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45
22  X.B., I hereby attest that SHAWN A. WILLIAMS has concurred in this filing.

1
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

| | | |
|---|---|---|
| 1 | DATED:  March 5, 2007 | LERACH COUGHLIN STOIA GELLER |
| 2 | |    RUDMAN & ROBBINS LLP |
| | | SHAWN A. WILLIAMS |
| 3 | | MONIQUE C. WINKLER |

By   /s/
    Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THOMAS G. WILHELM

9601 Wilshire Boulevard, Suite 510
Los Angeles, California  90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

SCHIFFRIN & BARROWAY, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES H. MILLER

280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

Co-Lead Counsel for Plaintiffs

1  Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

2

3  DATED: __3/8_____, 2007         _____

4                                           THE HONORABLE JEREMY FOGEL
                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28