\*\*E-filed 4/17/07\*\*

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
MAREN J. CLOUSE (Bar No. 228726)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com
Maren.Clouse@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | Before:  The Honorable Jeremy Fogel<br>Date:    April 27, 2007<br>Time:    10:30 a.m.<br>Place:   Courtroom 3, Fifth Floor |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in the action;

WHEREAS, a Case Management Conference is currently scheduled in this action for April 27, 2007;

WHEREAS, the Company, the Special Litigation Committee, and plaintiffs have begun discussions regarding how the action may be resolved;

WHEREAS, the parties believe that it is in the interests of judicial economy and the parties' best interests that the Case Management Conference scheduled for April 27, 2007 be rescheduled to May 25, 2007 to allow the parties time to continue their discussions;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case Management Conference currently scheduled for April 27, 2007 be rescheduled to May 25, 2007 at 10:30 a.m.

DATED:  April 13, 2007                    Respectfully submitted,

HELLER EHRMAN LLP


By   /s/
       Norman J. Blears

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

1  I, Norman J. Blears, am the ECF User whose ID and password are being used to file
2 this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45
3 X.B., I hereby attest that SHAWN A. WILLIAMS and ERIC L. ZAGAR have concurred in
4 this filing.

DATED:  April 13, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER


By  /s/
       Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM

9601 Wilshire Boulevard, Suite 510
Los Angeles, California  90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

```
                                    SCHIFFRIN BARROWAY TOPAZ &
                                       KESSLER, LLP
                                    ERIC L. ZAGAR
                                    ROBIN WINCHESTER
                                    JAMES H. MILLER


                                    By  /s/
                                       Eric L. Zagar

                                    280 King of Prussia Road
                                    Radnor, Pennsylvania  19087
                                    Telephone: (610) 667-7706
                                    Fax: (610) 667-7056

                                    Co-Lead Counsel for Plaintiffs
```

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED: __4/17_____, 2007      _____

                                    THE HONORABLE JEREMY FOGEL
                                       United States District Judge

3

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF