1  NORMAN J. BLEARS (Bar No. 95600)
   MICHAEL L. CHARLSON (Bar No. 122125)
2  MAREN J. CLOUSE (Bar No. 228726)
   HELLER EHRMAN LLP
3  275 Middlefield Road
   Menlo Park, California  94025-3506
4  Telephone: (650) 324-7000
   Facsimile: (650) 324-0638
5  Norman.Blears@hellerehrman.com
   Michael.Charlson@hellerehrman.com
6  Maren.Clouse@hellerehrman.com

7  NICOLE M. RYAN (Bar No. 175980)
   HELLER EHRMAN LLP
8  333 Bush Street
   San Francisco, California  94104-2878
9  Telephone: (415) 772-6000
   Facsimile: (415) 772-6268
10 Nicole.Ryan@hellerehrman.com

11 Attorneys for Nominal Defendant
   SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF |
|---|---|
| | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS | Before: The Honorable Jeremy Fogel<br>Date:   May 25, 2007<br>Time:   10:30 a.m.<br>Place:  Courtroom 3, Fifth Floor |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in the action;

WHEREAS, a Case Management Conference is currently scheduled in this action for May 25, 2007;

WHEREAS, the Company, the Special Litigation Committee, and plaintiffs have been engaged in discussions regarding how the action may be resolved;

WHEREAS, the parties believe that it is in the interests of judicial economy and the parties' best interests that the Case Management Conference scheduled for May 25, 2007 be rescheduled to July 6, 2007 to allow the parties time to continue their discussions;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case Management Conference currently scheduled for May 25, 2007 be rescheduled to July 6, 2007 at 10:30 a.m.


DATED:  May 11, 2007               Respectfully submitted,

                                   HELLER EHRMAN LLP


                                   By   /s/
                                        Norman J. Blears

                                   Attorneys for Nominal Defendant
                                   SANMINA-SCI CORPORATION

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

I, Norman J. Blears, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45 X.B., I hereby attest that TRAVIS E. DOWNS has concurred in this filing.

DATED: May 11, 2007

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III


By  /s/
  Travis E. Downs

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
THOMAS G. WILHELM

9601 Wilshire Boulevard, Suite 510
Los Angeles, California  90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 2 | ERIC L. ZAGAR |
| 3 | ROBIN WINCHESTER |
| 4 | JAMES H. MILLER |

By  /s/ _____
    Eric L. Zagar

280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

Co-Lead Counsel for Plaintiffs

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED: __5/14_____, 2007    _____
                                          THE HONORABLE JEREMY FOGEL
                                            United States District Judge