**E-filed 6/26/07**

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
MAREN J. CLOUSE (Bar No. 228726)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com
Maren.Clouse@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF |
| | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To: ALL ACTIONS | Before:   The Honorable Jeremy Fogel<br>Date:     July 6, 2007<br>Time:     10:30 a.m.<br>Place:    Courtroom 3, Fifth Floor |

1       WHEREAS, proceedings in this action have been stayed, pursuant to the Court's

2   March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation

3   Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in

4   the action;

5       WHEREAS, a Case Management Conference is currently scheduled in this action for

6   July 6, 2007;

7       WHEREAS, the parties have been engaged in discussions regarding how the action

8   may be resolved;

9       WHEREAS, the parties believe that it is in the interests of judicial economy and the

10  parties' best interests that the Case Management Conference scheduled for July 6, 2007 be

11  rescheduled to August 31, 2007 to allow the parties time to continue their discussions;

12      ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case

13  Management Conference currently scheduled for July 6, 2007 be rescheduled to August 31,

14  2007 at 10:30 a.m.

15

16  DATED:  June 18, 2007                    Respectfully submitted,

17                                          HELLER EHRMAN LLP

18

19

20                                          By _____/s/_____

21                                             Norman J. Blears

22                                          Attorneys for Nominal Defendant
                                            SANMINA-SCI CORPORATION

23

24

25

26

27

28

1

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

1    I, Norman J. Blears, am the ECF User whose ID and password are being used to file

2 this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45

3 X.B., I hereby attest that TRAVIS E. DOWNS and ERIC L. ZAGAR have concurred in this

4 filing.

5

6 DATED:  June 18, 2007                    LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
7                                          TRAVIS E. DOWNS III
8                                          BENNY C. GOODMAN III

9

10
                                           By _____/s/_____
11                                                Travis E. Downs

12                                         655 West Broadway, Suite 1900
13                                         San Diego, California  92101
                                           Telephone: (619) 231-1058
14                                         Fax: (619) 231-7423

15                                         LERACH COUGHLIN STOIA GELLER
16                                            RUDMAN & ROBBINS LLP
                                           SHAWN A. WILLIAMS
17                                         MONIQUE C. WINKLER

18                                         100 Pine Street, Suite 2600
19                                         San Francisco, California  94111
                                           Telephone: (415) 288-4545
20                                         Fax: (415) 288-4534

21                                         LERACH COUGHLIN STOIA GELLER
22                                            RUDMAN & ROBBINS LLP
                                           THOMAS G. WILHELM
23
                                           9601 Wilshire Boulevard, Suite 510
24                                         Los Angeles, California  90210
                                           Telephone: (310) 859-3100
25                                         Fax: (310) 278-2148

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHIFFRIN BARROWAY TOPAZ &
    KESSLER, LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
JAMES H. MILLER


By _____/s/_____
    Eric L. Zagar

280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

Co-Lead Counsel for Plaintiffs

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED: ____June 25_____, 2007

      THE HONORABLE JEREMY FOGEL
        United States District Judge

3