**E-filed 8/28/07**

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
MAREN J. CLOUSE (Bar No. 228726)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com
Maren.Clouse@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | Before: The Honorable Jeremy Fogel<br>Date:   August 31, 2007<br>Time:   10:30 a.m.<br>Place:  Courtroom 3, Fifth Floor |

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's
2  March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation
3  Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in
4  the action;
5  WHEREAS, a Case Management Conference is currently scheduled in this action for
6  August 31, 2007;
7  WHEREAS, the Company, the Special Litigation Committee, and plaintiffs have
8  been engaged in discussions regarding how the action may be resolved;
9  WHEREAS, the parties believe that it is in the interests of judicial economy and the
10 parties' best interests that the Case Management Conference scheduled for August 31, 2007
11 be rescheduled to September 21, 2007 to allow the parties time to continue their
12 discussions;
13 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case
14 Management Conference currently scheduled for August 31, 2007 be rescheduled to
15 September 21, 2007 at 10:30 a.m.

DATED: August 1, 2007              Respectfully submitted,

                                   HELLER EHRMAN LLP


                                   By   /s/
                                        Norman J. Blears

                                   Attorneys for Nominal Defendant
                                   SANMINA-SCI CORPORATION

1
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

1
2      I, Norman J. Blears, am the ECF User whose ID and password are being used to file
3  this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45
4  X.B., I hereby attest that TRAVIS E. DOWNS has concurred in this filing.
5
6  DATED:  August 1, 2007                    LERACH COUGHLIN STOIA GELLER
7                                                       RUDMAN & ROBBINS LLP
                                                 TRAVIS E. DOWNS III
8                                                   BENNY C. GOODMAN III

By    /s/                      
    Travis E. Downs

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
THOMAS G. WILHELM

9601 Wilshire Boulevard, Suite 510
Los Angeles, California  90210
Telephone: (310) 859-3100
Fax: (310) 278-2148

2

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

|   |   |
|---|---|
| 1 |   |
| 2 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP |
| 3 | ERIC L. ZAGAR |
|   | ROBIN WINCHESTER |
| 4 | JAMES H. MILLER |

By   /s/
    Eric L. Zagar

280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

Co-Lead Counsel for Plaintiffs

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED:   8/27   , 2007

_____
THE HONORABLE JEREMY FOGEL
United States District Judge

---

3
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF