**E-filed 9/18/07**

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
MAREN J. CLOUSE (Bar No. 228726)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com
Maren.Clouse@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | Before: The Honorable Jeremy Fogel<br>Date: September 21, 2007<br>Time: 10:30 a.m.<br>Place: Courtroom 3, Fifth Floor |

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's
2  March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation
3  Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in
4  the action;

5  WHEREAS, a Case Management Conference is currently scheduled in this action for
6  September 21, 2007;

7  WHEREAS, the Company, the Special Litigation Committee, and plaintiffs have
8  been engaged in discussions regarding how the action may be resolved;

9  WHEREAS, the parties believe that it is in the interests of judicial economy and the
10 parties' best interests that the Case Management Conference scheduled for September 21,
11 2007 be rescheduled to October 26, 2007 to allow the parties time to continue their
12 discussions;

13 ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case
14 Management Conference currently scheduled for September 21, 2007 be rescheduled to
15 October 26, 2007 at 10:30 a.m.

17 DATED: September 17, 2007            Respectfully submitted,

                                        HELLER EHRMAN LLP


                                        By   /s/
                                           Norman J. Blears

                                        Attorneys for Nominal Defendant
                                        SANMINA-SCI CORPORATION

1

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

I, Norman J. Blears, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45 X.B., I hereby attest that SHAWN A. WILLIAMS and ERIC L. ZAGAR have concurred in this filing.

DATED: September 17, 2007

COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER


By   /s/
    Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

```
                              SCHIFFRIN BARROWAY TOPAZ &
                                 KESSLER, LLP
                              ERIC L. ZAGAR
                              ROBIN WINCHESTER
                              JAMES H. MILLER


                              By    /s/
                                 Eric L. Zagar

                              280 King of Prussia Road
                              Radnor, Pennsylvania  19087
                              Telephone: (610) 667-7706
                              Fax: (610) 667-7056

                              Co-Lead Counsel for Plaintiffs
```

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED:  9/18  , 2007     _____
                              THE HONORABLE JEREMY FOGEL
                              United States District Judge

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF