NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
JOSHUA HILL (Bar. No. 250842)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com
Joshua.Hill@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | Before: The Honorable Jeremy Fogel<br>Date: March 7, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3, Fifth Floor |

WHEREAS, proceedings in this action have been stayed, pursuant to the Court's March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in the action;

WHEREAS, a Case Management Conference is currently scheduled in this action for March 7, 2008;

WHEREAS, the Company, the Special Litigation Committee, and plaintiffs continue to be involved in discussions regarding how the action may be resolved;

WHEREAS, the parties believe that it is in the interests of judicial economy and the parties' best interests that the Case Management Conference scheduled for March 7, 2008 be rescheduled to April 18, 2008 to allow the parties time to continue their discussions;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case Management Conference currently scheduled for March 7, 2008 be rescheduled to April 18, 2008 at 10:30 a.m.

DATED: February 27, 2008                    Respectfully submitted,

                                            HELLER EHRMAN LLP



                                            By   /s/
                                               Nicole M. Ryan

                                            Attorneys for Nominal Defendant
                                            SANMINA-SCI CORPORATION

1

| | |
|---|---|
| 1 | I, Nicole M. Ryan, am the ECF User whose ID and password are being used to file |
| 2 | this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45 |
| 3 | X.B., I hereby attest that TRAVIS E. DOWNS III and ERIC L. ZAGAR have concurred in |
| 4 | this filing. |

DATED: February 27, 2008

COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

By   /s/
   Travis E. Downs III

655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

COUGHLIN STOIA GELLER RUDMAN &
   ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, California 94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

| | |
|---|---|
| 1 | SCHIFFRIN BARROWAY TOPAZ & |
| 2 |    KESSLER, LLP |
| | ERIC L. ZAGAR |
| 3 | ROBIN WINCHESTER |
| 4 | JAMES H. MILLER |

By   /s/
    Eric L. Zagar

280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

Co-Lead Counsel for Plaintiffs

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED: ___2/28_____, 2008

    THE HONORABLE JEREMY FOGEL
    United States District Judge