**E-filed 5/23/08**

NORMAN J. BLEARS (Bar No. 95600)
MICHAEL L. CHARLSON (Bar No. 122125)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
Norman.Blears@hellerehrman.com
Michael.Charlson@hellerehrman.com

NICOLE M. RYAN (Bar No. 175980)
JOSHUA HILL (Bar. No. 250842)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Nicole.Ryan@hellerehrman.com
Joshua.Hill@hellerehrman.com

Attorneys for Nominal Defendant
SANMINA-SCI CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master File No. C-06-3783-JF<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]<br>ORDER RESCHEDULING<br>CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br>ALL ACTIONS | Before: The Honorable Jeremy Fogel<br>Date: May 30, 2008<br>Time: 10:30 a.m.<br>Place: Courtroom 3, Fifth Floor |

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's
2  March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation
3  Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in
4  the action;

5  WHEREAS, a Case Management Conference is currently scheduled in this action for
6  May 30, 2008;

7  WHEREAS, the parties are in the process of finalizing a Memorandum of
8  Understanding regarding the settlement of this action;

9  WHEREAS, the parties believe that it is in the interests of judicial economy and the
10  parties' best interests that the Case Management Conference scheduled for May 30, 2008 be
11  rescheduled to July 25, 2008 to allow the parties time to continue this process;

12  ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case
13  Management Conference currently scheduled for May 30, 2008 be rescheduled to July 25,
14  2008 at 10:30 a.m.

16  DATED:  May 20, 2008                    Respectfully submitted,

                                            HELLER EHRMAN LLP


                                            By   /s/
                                                 Nicole M. Ryan

                                            Attorneys for Nominal Defendant
                                            SANMINA-SCI CORPORATION

1
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03783-JF

I, Nicole M. Ryan, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45 X.B., I hereby attest that TRAVIS E. DOWNS III and ERIC L. ZAGAR have concurred in this filing.

DATED:  May 20, 2008

COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III


By    /s/
    Travis E. Downs III

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, California  94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

```
                          SCHIFFRIN BARROWAY TOPAZ &
                              KESSLER, LLP
                          ERIC L. ZAGAR
                          ROBIN WINCHESTER
                          JAMES H. MILLER


                          By    /s/
                              Eric L. Zagar

                          280 King of Prussia Road
                          Radnor, Pennsylvania  19087
                          Telephone: (610) 667-7706
                          Fax: (610) 667-7056

                          Co-Lead Counsel for Plaintiffs
```

Pursuant to the foregoing stipulation, **IT IS SO ORDERED.**

DATED: __5/23_____, 2008        _____[signature]_____

                                                THE HONORABLE JEREMY FOGEL
                                                   United States District Judge