SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Eric L. Zagar (Bar No. 250519)
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Shawn A. Williams (Bar No. 213113)
100 Pine Street, Suite 2600
San Francisco, CA  94111
(415) 288-4545
          -and-
Travis E. Downs, III (Bar No. 148274)
Benny C. Goodman, III (Bar No. 211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
(619) 231-7423

*Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master Case No.: C-06-03783-JF<br><br>JOINT CASE MANAGEMENT STATEMENT  AND ORDER CONTINUING CONFERENCE TO 9/19/08<br><br>Before:  The Honorable Jeremy Fogel<br>Date:    July 25, 2008<br>Time:    10:30 a.m.<br>Place:   Courtroom 3, Fifth Floor |
| This Document Relates to:<br>All Actions | |

WHEREAS, proceedings in this action have been stayed, pursuant to the Court's March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in the action;

WHEREAS, a Case Management Conference is currently scheduled in this action for July 25, 2008;

WHEREAS, the parties are in the process of finalizing a Memorandum of Understanding regarding the settlement of this action;

WHEREAS, the parties believe that it is in the interests of judicial economy and the parties' best interests that the Case Management Conference scheduled for July 25, 2008 be rescheduled to September 19, 2008 to allow the parties time to continue this process;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case Management Conference currently scheduled for July 25, 2008 be rescheduled to September 19, 2008 at 10:30 a.m.

DATED: July 11, 2008                    Respectfully submitted,

                                        SCHIFFRIN BARROWAY
                                        TOPAZ & KESSLER, LLP

                                        /s/ Eric L. Zagar
                                        Eric L. Zagar (Bar No. 250519)
                                        Robin Winchester
                                        James H. Miller
                                        280 King of Prussia Road
                                        Radnor, Pennsylvania 19087
                                        (610) 667-7706

                                        COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                        Shawn A. Williams (Bar No. 213113)
                                        100 Pine Street, Suite 2600
                                        San Francisco, CA 94111
                                        (415) 288-4545
                                                   -and-

                                        Travis E. Downs, III (Bar No. 148274)
                                        Benny C. Goodman, III (Bar No. 211302)
                                        655 West Broadway, Suite 1900
                                        San Diego, CA 92101

JOINT CASE MANAGEMENT STATEMENT                                          - 1 -
MASTER FILE NO. C06-03783 JF

1                                           (619) 231-7423

2                                           Counsel for Lead Plaintiffs

3   DATED: July 11, 2008                HELLER EHRMAN, LLP

4

5                                           /s/  Norman J. Blears
                                            Norman J. Blears (Bar No. 95600)

6                                             275 Middlefield Road
                                            Menlo Park, California 94025-3506

7                                             (650) 324-7000

8                                           Counsel for Nominal Defendant
                                          SANMINA-SCI CORPORATION

9

10

11   The Case Management Conference is rescheduled to be heard on September 19, 2008 at 10:30 AM.
   It is so ordered.

12

13   7/21/08

14                                           Judge Jeremy Fogel, US District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT                                                                              - 2 -
MASTER FILE NO. C06-03783 JF

**ECF CERTIFICATION**

I, ERIC ZAGAR, am the ECF User whose identification and password are being used to file this Joint Case Management Statement. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated: July 11, 2008               SCHIFFRIN BARROWAY
                                   TOPAZ & KESSLER, LLP


                                   /s/ Eric L. Zagar
                                   ERIC L. ZAGAR




Pursuant to the foregoing stipulation, IT IS SO ORDERED.



DATED: _____, 2008       _____
                                   THE HONORABLE JEREMY FOGEL
                                   United States District Judge