SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Eric L. Zagar (Bar No. 250519)
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania  19087
(610) 667-7706

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP
Shawn A. Williams (Bar No. 213113)
100 Pine Street, Suite 2600
San Francisco, California  94111
(415) 288-4545
        -and-
Travis E. Downs, III (Bar No. 148274)
Benny C. Goodman, III (Bar No. 211302)
655 West Broadway, Suite 1900
San Diego, California  92101
(619) 231-7423

*Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SANMINA-SCI CORP. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Case No.: C-06-03783-JF<br><br>JOINT CASE MANAGEMENT STATEMENT<br>And Order Continuing Case Management Conference<br><br>Before:  The Honorable Jeremy Fogel<br>Date:    September 19, 2008<br>Time:    10:30 a.m.<br>Place:   Courtroom 3, Fifth Floor |

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in the action;

WHEREAS, a Case Management Conference is currently scheduled in this action for September 19, 2008;

WHEREAS, the parties are in the process of finalizing a Memorandum of Understanding regarding the settlement of this action;

WHEREAS, the parties believe that it is in the interests of judicial economy and the parties' best interests that the Case Management Conference scheduled for September 19, 2008 be rescheduled to October 31, 2008 to allow the parties time to continue this process;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case Management Conference currently scheduled for September 19, 2008 be rescheduled to October 31, 2008 at 10:30 a.m.

DATED: September 5, 2008                Respectfully submitted,

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

/s/  Eric L. Zagar
Eric L. Zagar (Bar No. 250519)
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, Pennsylvania  19087
(610) 667-7706

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP
Shawn A. Williams (Bar No. 213113)
100 Pine Street, Suite 2600
San Francisco, California  94111
(415) 288-4545


-and-

|    |                              |                                                     |
|----|------------------------------|-----------------------------------------------------|
| 1  |                              | Travis E. Downs, III (Bar No. 148274)               |
| 2  |                              | Benny C. Goodman, III (Bar No. 211302)              |
|    |                              | 655 West Broadway, Suite 1900                       |
| 3  |                              | San Diego, California  92101                        |
|    |                              | (619) 231-7423                                      |
| 4  |                              |                                                     |
| 5  |                              | Counsel for Lead Plaintiffs                         |
| 6  | DATED: September 5, 2008     | HELLER EHRMAN, LLP                                  |
| 7  |                              | /s/  Norman J. Blears                               |
|    |                              | Norman J. Blears (Bar No. 95600)                    |
| 8  |                              | 275 Middlefield Road                                |
|    |                              | Menlo Park, California  94025                       |
| 9  |                              | (650) 324-7000                                      |
| 10 |                              | Counsel for Nominal Defendant                       |
|    |                              | SANMINA-SCI CORPORATION                             |

JOINT CASE MANAGEMENT STATEMENT
MASTER FILE NO. C06-03783 JF

- 2 -

| | |
|---|---|
| 1 | |
| 2 | |

**ECF CERTIFICATION**

I, ERIC ZAGAR, am the ECF User whose identification and password are being used to file this Joint Case Management Statement. In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated: September 5, 2008                              SCHIFFRIN BARROWAY
                                                                        TOPAZ & KESSLER, LLP


                                                                        /s/ Eric L. Zagar
                                                                        ERIC L. ZAGAR




Pursuant to the foregoing stipulation, IT IS SO ORDERED.



DATED: ___9/12_____, 2008         _____
                                                                        THE HONORABLE JEREMY FOGEL
                                                                        United States District Judge