UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE SANMINA-SCI CORPORATION DERIVATIVE LITIGATION, | Case No.  CV-06-3783-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On September 8, 2006 the above entitled matter was consolidated with case numbers CV-06-3804-JF, CV-06-4260-JF, CV-06-4389-JF and CV-06-4494-JF.  At that time, the Court deemed case number CV-06-3783-JF the lead case.   In light of the consolidation, the clerk shall administratively close the following cases:  CV-06-3804-JF, CV-06-4260-JF, CV-06-4389-JF and CV-06-4494-JF.

IT IS SO ORDERED.

Dated: September 12, 2008

_____
JEREMY FOGEL
United States District Judge