SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Eric L. Zagar (Bar No. 250519)
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS, LLP
Shawn A. Williams (Bar No. 213113)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 288-4545
        -and-
Travis E. Downs, III (Bar No. 148274)
Benny C. Goodman, III (Bar No. 211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-7423

*Counsel for Lead Plaintiffs*

**E-Filed 10/29/08**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE SANMINA-SCI CORP. DERIVATIVE LITIGATION | Master Case No.: C-06-03783-JF<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE CASE MANAGEMENT CONFERENCE |
| This Document Relates to:<br>All Actions | Before:  The Honorable Jeremy Fogel<br>Date:    October 31, 2008<br>Time:    10:30 a.m.<br>Place:   Courtroom 3, Fifth Floor |

1  WHEREAS, proceedings in this action have been stayed, pursuant to the Court's March 2, 2007 Order Granting Motion to Stay Proceedings, to allow the Special Litigation Committee of Sanmina's Board of Directors to complete its evaluation of the allegations in the action;

WHEREAS, a Case Management Conference is currently scheduled in this action for October 31, 2008;

WHEREAS, the parties are in the process of finalizing a Memorandum of Understanding regarding the settlement of this action;

WHEREAS, the parties believe that it is in the interests of judicial economy and the parties' best interests that the Case Management Conference scheduled for October 31, 2008 be rescheduled to December 12, 2008 to allow the parties time to continue this process and draft appropriate settlement documents;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED THAT the Case Management Conference currently scheduled for October 31, 2008 be rescheduled to December 12, 2008 at 10:30 a.m.

DATED: October 28, 2008          Respectfully submitted,

SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP

/s/  Eric L. Zagar
Eric L. Zagar (Bar No. 250519)
Robin Winchester
James H. Miller
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS, LLP
Shawn A. Williams (Bar No. 213113)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 288-4545
          -and-
Travis E. Downs, III (Bar No. 148274)
Benny C. Goodman, III (Bar No. 211302)
655 West Broadway, Suite 1900
San Diego, CA  92101

| | | |
|---|---|---|
| 1 | | Telephone:  (619) 231-7423 |
| 2 | | *Counsel for Lead Plaintiffs* |
| 3 | DATED: October 28, 2008 | HOGAN & HARTSON, LLP |
| 4 | | |
| 5 | | /s/  Norman J. Blears |
| | | Norman J. Blears (Bar No. 95600) |
| 6 | | Maren J. Clouse |
| | | 525 University Avenue, 2nd Floor |
| 7 | | Palo Alto, CA 94301 |
| | | Telephone:  (415) 244.8684 |
| 8 | | *Counsel for Nominal Defendant* |
| 9 | | *SANMINA-SCI CORPORATION* |

## ECF CERTIFICATION

I, ERIC ZAGAR, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45.X.B, I hereby attest that all parties have concurred in this filing.

Dated: October 28, 2008                           SCHIFFRIN BARROWAY
                                                                  TOPAZ & KESSLER, LLP


                                                                  /s/ Eric L. Zagar
                                                                  ERIC L. ZAGAR




Pursuant to the foregoing stipulation**, IT IS SO ORDERED**.


DATED:  __10/29/08_____, 2008          _____
                                                                 THE HONORABLE JEREMY FOGEL
                                                                 United States District Judge