**E-Filed 2/27/09**

*Exhibit B*

| | |
|---|---|
| 1  BARROWAY TOPAZ KESSLER<br>      MELTZER & CHECK, LLP<br>2  Eric L. Zagar (Bar No. 250519)<br>   Robin Winchester<br>3  James H. Miller<br>   280 King of Prussia Road<br>4  Radnor, PA 19087<br>   Telephone: (610) 667-7706<br>5  Facsimile: (267) 948-2512<br>   ezagar@btkmc.com<br>6  rwinchester@btkmc.com<br>   jmiller@btkmc.com | **E-Filed 2/27/09** |

COUGHLIN STOIA GELLER                    COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS, LLP                    RUDMAN & ROBBINS, LLP
Shawn A. Williams (Bar No. 213113)       Travis E. Downs, III (Bar No. 148274)
100 Pine Street, Suite 2600              Jeffrey D. Light (159515)
San Francisco, CA  94111                 655 West Broadway, Suite 1900
Telephone:  (415) 288-4545               San Diego, CA  92101
Facsimile: (415) 299-4534                Telephone:  (619) 231-1058
swilliams@csgrr.com                      Facsimile: (619) 231-7423
                                         travisd@csgrr.com

*Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE SANMINA-SCI CORP.<br>DERIVATIVE LITIGATION<br><br>This Document Relates to:<br>All Actions | Master Case No.: C-06-03783-JF<br><br>[PROPOSED] ORDER<br>PRELIMINARILY APPROVING<br>DERIVATIVE SETTLEMENT AND<br>PROVIDING FOR NOTICE |

1  WHEREAS, the Settling Parties have made application, pursuant to Federal Rule of Civil
2  Procedure 23.1, for an order (i) preliminarily approving the proposed settlement (the "Settlement")
3  of the above-captioned shareholder derivative action ("Federal Derivative Action") and the related
4  derivative action pending in the Superior Court of the State of California, County of Santa Clara,
5  entitled *In re Sanmina-SCI Corp. Derivative Litigation*, Lead Case No. 1:06 SV-071786 (the "State
6  Derivative Action") (collectively, the "Actions"), in accordance with a Stipulation of Settlement
7  dated February 26, 2009 and the exhibits thereto (the "Stipulation"), and (ii) approving for
8  distribution of the Notice of Proposed Settlement;

9  WHEREAS, the Stipulation sets forth the terms and conditions for the Settlement, including
10 but not limited to: (i) a proposed Settlement and dismissal of the Actions with prejudice as to the
11 Released Persons; and (ii) an award of attorneys' fees and costs to Plaintiffs in the Actions, upon
12 the terms and conditions set forth in the Stipulation;

13 WHEREAS, the Settlement appears to be the product of serious, informed, non-collusive
14 negotiations and falls within the range of possible approval;

15 WHEREAS, all capitalized terms contained herein shall have the same meanings as set
16 forth in the Stipulation (in addition to those capitalized terms defined herein); and

17 WHEREAS, this Court, having considered the Stipulation and the exhibits annexed thereto
18 and having heard the arguments of the Settling Parties at the preliminary approval hearing:

19 NOW THEREFORE, IT IS HEREBY ORDERED:

20 1.  This Court does hereby preliminarily approve, subject to further consideration at the
21 Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including
22 the terms and conditions for: (i) a proposed Settlement and dismissal of the Actions with prejudice
23 as to the Defendants; and (ii) an award of attorneys' fees and costs to Plaintiffs' Counsel in the
24 Actions.

25 2.  A hearing (the "Settlement Hearing") shall be held before this Court on
26 __May 1, 2009__ at __9:00__ a.m. at the United States District Court for the Northern District of
27 California, 2112 Robert F. Peckham Federal Building and United States Courthouse, 280 South
28 First Street, San Jose, CA 95113, to determine: (i) whether the terms and conditions of the

Settlement provided for in the Stipulation are fair, reasonable, adequate and in the best interests of Sanmina and Current Sanmina Stockholders; (ii) whether an order and judgment as provided in ¶1.8 of the Stipulation should be entered herein; and (iii) whether to award attorneys' fees and expenses to Plaintiffs' Counsel.

3. The Court approves, as to form and content, the Notice annexed as Exhibit B-1 to the Stipulation, and finds that the distribution of the Notice and publication of the Stipulation substantially in the manner and form set forth in paragraph 3.2 of the Stipulation, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, is the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all Persons entitled thereto of all matters relating to the Settlement.

4. Not later than ten (10) days following entry of this Order, Sanmina shall cause the Notice substantially in the form annexed as Exhibit B-1 hereto to be issued in a press release by the Company.

5. Not later than ten (10) days following entry of this Order, Sanmina shall cause a copy of the Stipulation to be filed with the Securities and Exchange Commission via a Form 8-K.

6. All costs incurred in the filing and publication of the Notices shall be paid by Sanmina and Sanmina shall undertake all administrative responsibility for filing and publication of the Notice.

7. At least fourteen (14) days prior to the Settlement Hearing, Sanmina's counsel shall serve on Lead Counsel and file with the Court proof, by affidavit or declaration, of such filing and publication of the Notice.

8. All Current Sanmina Stockholders shall be bound by all orders, determinations and judgments in the Federal Derivative Action concerning the Settlement, whether favorable or unfavorable to Current Sanmina Stockholders.

9. Pending final determination of whether the Settlement should be approved, no Current Sanmina Stockholder, either directly, representatively, or in any other capacity, shall commence or prosecute against any of the Released Persons, any action or proceeding in any court or tribunal asserting any of the Released Claims.

10. All papers in support of the Settlement and the award of attorneys' fees and expenses shall be filed with the Court and served at least seven (7) calendar days prior to the Settlement Hearing.

11. Any current record holders and beneficial owner of common stock of Sanmina as of February 25, 2009 may appear and show cause, if he, she or it has any reason why the terms of the Settlement should not be approved as fair, reasonable and adequate, or why a Judgment should not be entered thereon, provided, however, unless otherwise ordered by the Court, no current Sanmina stockholder shall be heard or entitled to contest the approval of all or any of the terms and conditions of the Settlement, or, if approved, the Judgment to be entered thereon approving the same, unless that Person has, at least fourteen (14) days prior to the Settlement Hearing, filed with the Clerk of the Court and served on the following counsel (delivered by hand or sent by first class mail) appropriate proof of stock ownership, along with written objections, including the basis therefore, and copies of any papers and briefs in support thereof:

> COUGHLIN STOIA GELLER RUDMAN
> & ROBBINS LLP
> JEFFREY D. LIGHT (159515)
>
> Co-Lead Counsel for Plaintiffs
> in the Federal Derivative Action
>
> FEDERMAN & SHERWOOD
> WILLIAM B. FEDERMAN
> SARA E. COLLIER
>
> Counsel for Plaintiff Triniia Salehinasab in
> the State Derivative Action
>
> ROBBINS UMEDA LLP
> BRIAN J. ROBBINS
> MARC M. UMEDA
>
> Counsel for Plaintiffs Kevin Judd and Gary
> Bahnmiller in the State Derivative Action
>
> HOGAN & HARTSON LLP
> NORMAN J. BLEARS
> MICHAEL L. CHARLSON
> 525 University Avenue, 2d Floor
> Palo Alto, California 94301
>
> Counsel for Nominal Defendant

Sanmina-SCI Corporation

The written objections and copies of any papers and briefs in support thereof to be filed in Court shall be delivered by hand or sent by first class mail to:

> Clerk of the Court
> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> SAN JOSE DIVISION
> 280 South First Street
> San Jose, CA 95113

Any Current Sanmina Stockholder who does not make his, her or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness or adequacy of the Settlement as incorporated in the Stipulation and to the award of attorney fees and expenses to Plaintiffs' Counsel, unless otherwise ordered by the Court, but shall otherwise be bound by the Judgment to be entered and the releases to be given.

12. Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of the Settling Parties or of the validity of any Released Claims; or (b) is intended by the Settling Parties to be offered or received as evidence or used by any other person in any other actions or proceedings, whether civil, criminal or administrative. The Released Persons may file the Stipulation and/or the Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, full faith and credit, release, standing, good faith settlement, judgment bar or reduction or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim; and any of the Settling Parties may file the Stipulation and documents executed pursuant and in furtherance thereto in any action to enforce the Settlement.

13. The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to the current Sanmina stockholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to the current Sanmina stockholders.

IT IS SO ORDERED.

DATED: 2/27/09

THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

- 5 -